[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11271
Non-Argument Calendar

_____

D.C. Docket No. 1:94-cr-00281-JAL-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

COREY HARRELL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 22, 2012)

Before HULL, FAY and KRAVITCH, Circuit Judges

PER CURIAM:

Robert E. Adler, appointed counsel for Corey Harrell in this criminal appeal,

has moved to withdraw from further representation of the appellant and filed a brief

pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967).    Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.    Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Harrell's § 3582(c)(2) motion per Amendment 750 is **AFFIRMED**.